UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR POLITANO, JR., DONNA KAY POLITANO, and INSURANCE MANAGEMENT (BAHAMAS), LTD., a foreign limited liability company,

Plaintiffs,

CASE NO. 6:07-cv-958-GKS-UAM

v.

C. NICHOLAS OTT, and TEAM KEVLACAT, INC., a Georgia corporation,

Defendants.

______________________________/

motion for default judgment against team Kevlacat is deferred until final disposition of the case

27 Aug 08

KENDALL SHARP
U.S. DISTRICT JUDGE

## PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION DATED AUGUST 6, 2008

VICTOR POLITANO, JR., DONNA KAY POLITANO, and INSURANCE MANAGEMENT (BAHAMAS), LTD., as subrogee of VICTOR POLITANO, JR. and DONNA KAY POLITANO (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully object to the Report and Recommendation of Magistrate Judge Baker (Dkt. No. 43; the "Report"), and state as follows:

1. On August 6, 2008, Magistrate Judge Baker issued the Report recommending that Plaintiffs' Motion for Default Final Judgment Against Defendant Team Kevlacat, Inc. be denied without prejudice.

2. In the Report, Magistrate Judge Baker correctly notes that a default may not be entered against one defendant when other defendants remain in the case and are jointly liable with that defendant. See Frow v. De La Vega, 82 U.S. 552 (1872). However, in citing a 1984